**Order filed July 26, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00555-CV
_____

**MICHAEL DODD AND 3D GLOBAL SOLUTIONS, INC., Appellants**

**V.**

**BRIAN J. SAVINO, Appellee**

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2011-70013**

## ORDER

This is an appeal from a judgment signed February 29, 2012. Appellant filed a timely motion for new trial. The notice of appeal was therefore due May 29, 2012. *See* Tex. R. App. P. 26.1. Appellants, however, filed their notice of appeal on June 7, 2012 , a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellants did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to

support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal within ten days of the date of this order. *See* Tex. R. App. P. 26.3;12.5(b).  If appellants do not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER  CURIAM